IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERESA TORRES, ARACELY HERNANDEZ, and GLORIA SELEEN,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ROBERT W. SNIDER, DR. STEVEN SHELTON, and DAVID BROWN,<br><br>Defendants. | Case No. 3:17-cv-00624-SI<br><br>JUDGMENT |

**Michael H. Simon, District Judge.**

Based on the Orders of the Court and the Special Verdict of the Jury, Judgment is hereby entered in favor of all Defendants and against all Plaintiffs, and this case is dismissed.

DATED this 24th day of June, 2019.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge